SCWC-16-0000428

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALBERT BATALONA, Petitioner/Petitioner-Appellant,

v.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 10-1-0075; CR. NO. 03-1-0787)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for a writ of certiorari was filed, see Hawaii Revised Statutes § 602-59(a) (2016); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner's application for a writ of certiorari, filed July 31, 2017, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2015) ("The application shall be filed within 30 days

after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this Rule.").

DATED: Honolulu, Hawaiʻi, August 11, 2017.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

